De'Von-Samuel James-Singleton Perkins AF-0814
Name and Prisoner/Booking Number

K.V.S.P. - Kern-Valley State Prison
Place of Confinement

P.O. Box 5104
Mailing Address

Delano, CA. 93216
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
Dec 05, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

De'Von-Samuel James-Singleton Perkins
(Full Name of Plaintiff)
Plaintiff,

v.

(1) A. Dela Cruz %
(Full Name of Defendant)

(2) D. Diaz %

(3) A. Najera-Lopez %

(4) B. Marsden % Sergeant
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:25-cv-01756-HBK (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: (K.V.S.P. Delano CA) "Kern-Valley State Prison"

## B. DEFENDANTS

1. Name of first Defendant: **A. Dela Cruz**. The first Defendant is employed as: **Correctional officer** at **K.V.S.P**.
   (Position and Title)                                      (Institution)

2. Name of second Defendant: **D. Diaz**. The second Defendant is employed as: **Correctional officer** at **K.V.S.P**.
   (Position and Title)                                      (Institution)

3. Name of third Defendant: **A. Najera Lopez**. The third Defendant is employed as: **Correctional officer** at **K.V.S.P**.
   (Position and Title)                                      (Institution)

4. Name of fourth Defendant: **B. Marsden**. The fourth Defendant is employed as: **Corrections officer Sergeant** at **K.V.S.P**.
   (Position and Title)                                      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **4**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Singleton Perkins** v. **California**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **All Dismissed**

   b. Second prior lawsuit:
      1. Parties: **Perkins** v. **Asuncion**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Dismissed**

   c. Third prior lawsuit:
      1. Parties: **Singleton** v. **Baugham**
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Dismissed**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Section 1983 Eighth Amendment right See. Whitley v. Albers 475. U.S. 312, 320-21 106 S. CT 1078, 89 L.Ed 2d 251 (1986) Amendment

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   07/04/2025. (I De'von-Singleton Perkins ask To Talk with The "C-FAC-Lower Yard C-Sergeant Plaintiff; Took That C/o D. Diaz & A. Najera-Lopez was stop at observation walkway at what Time both C/o D. Diaz & C/o A. Nabor-Lopez Jump & Rush at The Plaintiff & at what Time; The Plaintiff Jump Back; Stating This is why I need To Talk with "C-FAC-Lower Yard sergeant outside of other (NON-BINARY-TRANSGENDER) Issuse & Disrepect from STAFF. Plaintiff move down on The "C-FAC- Lower Yard side In Front of The C-FAC- Program office. & Stood Their asking every C/o STAFF To call C-Yard Fac. Sergeant; C/o D. Diaz & C/o A. Nabor-Lopez refuse To call STAFF Sergeant Plaintiff inform Them His Building STAFF Told. Him To go Talk with The Sergeant Plaintiff self; C/o Dela Cruz came out & ask Plaintiff what or why He went To Talk with The (C-Yard Fac. Sergeant) Plaintiff inform C/o Dela Cruz; only The "C-Fac- Lower Yard Sergeant can address This Problem & Issuse; Plaintiff was standing in front of C-Fac- Program; when Alarm went off in Front of (Fac-1). C/o Dela Cruz, C/o D. D. Diaz C/o. A. Nabor-Lopez C/o B. Mansden Came around The other side From Program in a Combative action; Plaintiff was standing with Hands under His arms; AT What Time You can Hear Plaintiff say I'm medical I don't Have To get down You Know This, I don't cuff up That way.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My Face was busted open, The Defendent slaming on my Face; C/o Dela Cruz, Push me into Having a "Absolutely-Seizure" By slamming Face First I became disrepectful Belligerent Do To The Shock of seeing my Blood come out my Face & Have Absolutely seizure.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Section 1983 Eighth Amendment Right - See Whitley v. Albers, 475 U.S. 312, 320-21 106 S. Ct 1078, 89 L. Ed. 2d 251 (1986).

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 7-4-25, Plaintiff, ask to talk with the "C-Fac-Lower Yard Sergeant;" Plaintiff Building STAFF inform Plaintiff to go talk with the Sergeant; Plaintiff self; Plaintiff walk pass both C/O D. Diaz & A. Nadora-Lopez; going to the observation walkway; so Plaintiff could be processed through; at what time if you look at both C/O D-Diaz & C/O A. Nadora-Lopez body cam you'll see C/O A. Nadora-Lopez jump at the Plaintiff as to use force of some kind & Plaintiff inform both "Defendant's"; To hold up he believe the way C/O D. Diaz was standing she was going to processe the Plaintiff through to talk with "C-Lower-Yard Fac-Sergeant;" Plaintiff walk down on the prison yard side of Lower C Yard to face the C-Yard Program office; & ask to talk with the "C-Fac-Sergeant"; (over & over) tell their was a alarm in (C-Fac-C1); Plaintiff inform C/O D. Diaz that "Defendant knew & know Plaintiff is medical & Plaintiff didn't have to lay down; Plaintiff was not moving & standing in front of the C-Fac-Program office; not stoping any staff from getting or making it to (C-Fac-C-I Alarm). Defendant & 3 other defendant came around to Plaintiff; As Plaintiff stated over & over I'm medical; I don't have to get down; I'm not moving; You know I'm medical only female staff have the right to touch me; I don't cuff behind my back; You know; I'm medical C/O Diaz & You setting me up to have me jump by both THESE men "Defendents"; (Because I'm NON-BINARY - Black & GAY)(& I use to run with the Cirp's; (& I'm not a 2.5er!): You have No Right to put your hands on me, I'm medical. I don't cuff & can't cuff like this. C/O D. Diaz still let both defendant's beat me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I recieve emotional stress; I become full of anger & pain when this defendant work around me & brings it up that I was their victim; & how the other two defendant beat me up; & defendant C/O Dela Cruz busted my face open & how it need to happen again.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?     ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?     ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>Section 1983 Eighth Amendment right see Whitley v. Albers 475 U.S. 312-21 106 S.Ct 1078, 89 L.Ed 2d. 251 (1986)</u>.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 7/4/25; Plaintiff Requested "C-2 Fac Tower C/O, To address C-Fac sergeant" at what time Plaintiff was told To go address The "C-Fac-sergeant" Plaintiff self,- Do To Plaintiff Know how To Talk & stop STAFF From getting into with Prisoner's before. Plaintiff walk Pass (both C/o Defendant(s)); C/o D. Diaz & C/o A. Najora-Lopez. when Plaintiff & both Defendants got to Observation Walkway; Plaintiff Took it as Defendant C/o D. Diaz was going to Processe Plaintiff Thought when Defendant C/o A. Najora-Lopez Turn in a Excessive Force way & Plaintiff Jump Back saying a hold up; what you doing it look as Defendant C/o D. Diaz was going To Processe me so I could Talk with (Fac-C-sergeant); so This excessive Force & Threat's against STAFF could stop; "Shit" like what you just did. could of Turn Bad for us all. I stop It on B Yard; I Just need To Talk with The sergeant you & you can't help me; with The Problem. C/o Defendant Dela Cruz came out & Plaintiff told Defendant Plaintiff would go Back to Fac-2 when Plaintiff Talk with (Fac-C sergeant) Fac C-1 Had a alarm. Plaintiff inform all The Defendent's Plaintiff was medical & Plaintiff did not have to get down; Defendant C/o Dela Cruz & Defendant C/o A. Najora-Lopez, STex using Excessive Force,- cuffing Plaintiff The wrong way behind Plaintiff Back; Defendant C/o Dela Cruz can be seen Trying To Pop out Plaintiff (upper Rotator cuff) saying Beat Him-Beat Him.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Defendant's C/o A. Najora-Lopez & Defendant C/o Dela Cruz; Busted open my Face cuff me up wrong; I can't work out do to my Rotator Cuff is Damage From How They both cuff me my Face was Busted open when I was slammed Face First Trip by Defendant C/o Dela Cruz.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff is seeking relief from all (4) Defendant also That is The Fac-C Sergeant name on Document; asking for $450,000 From each one of Them for There action upon Plaintiff for being "NON-BINARY-Black & GAY & ex-CRIP." do To Their hate crime; For his Gender Identity & $500,000 For False Imprisonment in R.H.U.1. Housing From R.U.H 7.4.25 or 7.5.25 To Nov. -, 25 & Mental anguish & Mental stress; making Plaintiff Homicidal & Jumpre around staff. & other Prisoner's. Plaintiff is asking This from all 4 Defendant name in "1983" u.s.c. 42.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/5/25
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6